Thomas P. Riley, SBN 194706            JS-6
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel:  626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
J & J Sports Productions, Inc.

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| J & J Sports Productions, Inc., <br><br>　　　　　　　　　Plaintiff, <br><br>　　　vs. <br><br>Anthony Fung, <br><br>　　　　　　　　　Defendant. | CASE NO. 2:13-cv-09054-WDK-PLA <br><br> ORDER GRANTING STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANT ANTHONY FUNG, individually and d/b/a 333 LIVE a/k/a CLUB SOHO |

    **IT IS HEREBY STIPULATED** by and between Plaintiff J & J SPORTS PRODUCTIONS, INC. and Defendant ANTHONY FUNG, individually and d/b/a 333 LIVE a/k/a CLUB SOHO that the above-entitled action is hereby dismissed **with prejudice** against ANTHONY FUNG, individually and d/b/a 333 LIVE a/k/a CLUB SOHO.

///
///
///
///
///
///
///
///

**STIPULATION OF DISMISSAL**
Case No. 2:13-cv-09054-WDK-PLA
PAGE 1

This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1). Each Party referenced-above shall bear its own attorneys' fees and costs.

**IT IS SO ORDERED**:

_____   Dated: 11/23/16

**The Honorable William D. Keller**
**United States District Court**
**Central District of California**

///

///

///

///

///

///

///

///

///

///

**STIPULATION OF DISMISSAL**
**Case No. 2:13-cv-09054-WDK-PLA**
**PAGE 2**